IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-MJ-633 |
| JOHN LEE CRENSHAW,<br>  a/k/a "JJ Crenshaw,"<br>  a/k/a "John Lee Crenshaw,"<br>  a/k/a "John Ligan,"<br>  a/k/a "John Dre,"<br>  a/k/a "John John Crenshaw," | |
| *Defendant.* | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Andrew Mugavero, being duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am an Investigator with the United States Park Police ("USPP") in Washington, D.C. I have been employed with USPP since February 2019. During this time, I received specialized training and conducted numerous investigations relating to violations of the Code of Federal Regulations and the Code of the District of Columbia (D.C. Code). In March 2024, I was promoted to Master Patrol Officer where I supervised other officers in the absence of a sergeant and was responsible for field training new officers. In June 2025, I was promoted to Investigator, Criminal Investigations Branch, Major Crimes.

2. I recently completed the Department of Interior Investigator Training Program at the Federal Law Enforcement Training Center, as well as specialized training relating to the Criminal Investigator position. My duties as a USPP Investigator include threat investigations;

1

investigating major criminal violations of the D.C. Code, the Code of Federal Regulations, and Title 18 of the U.S. Code; and seeking, when applicable, prosecution of violators.

3.    As a federal agent, I am authorized to investigate violations of laws of the United States. I am also a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

4.    I make this affidavit in support of a criminal complaint and arrest warrant for JOHN LEE CRENSHAW ("CRENSHAW"). Based on my training, my experience, and the facts in this affidavit, there is probable cause to believe that CRENSHAW has committed violations of 18 U.S.C. § 641 (Theft of Government Property) and 18 U.S.C. § 1361 (Injury or Depredation of Government Property).

5.    The facts set forth in this affidavit are based, in part, on my personal observations, training, and experience; information obtained from other agents and witnesses; written reports about this and other investigations I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; and independent investigation and analysis by special agents/analysts and computer forensic professionals.

6.    Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are

necessary to establish probable cause. I have not, however, omitted any fact known to me that I believe would defeat a determination of probable cause.

## **PROBABLE CAUSE**

### CRENSHAW's Arrest in Fairfax County

7.      On July 3, 2025, a Virginia State Trooper arrested CRENSHAW after a vehicle pursuit. After his arrest, CRENSHAW's vehicle was impounded by Redman Fleet Service. CRENSHAW was transported to the Fairfax County Adult Detention Center ("FCADC"). As of September 29, 2025, Redman Fleet Service advised CRENSHAW's vehicle was still impounded.

8.      When he arrived, the FCADC took photos of CRENSHAW. The photos in figures 1 and 2 were taken when CRENSHAW arrived at the FCADC.

   

Figure 1                        Figure 2

### Break-in at Wolf Trap National Park Maintenance Yard and Truck Stolen

9.      On July 9, 2025, CRENSHAW was released from the FCADC. The FCADC is approximately a nine-mile drive to the Maintenance Yard at the Wolf Trap National Park for the Performing Arts ("Wolf Trap"), a national park administered by the National Park Service ("NPS") and located within the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia.

3

10.     On July 11, 2025, a NPS employee used a 2019 Dodge Ram 1500 bearing a U.S. Government license plate number of I519751 and a Vehicle Identification Number of 3C6JR6DG4KG7222436 (hereinafter, "Truck"). When the NPS employee parked the Truck at the Wolf Trap Maintenance Yard at the end of the workday, the Truck still had decals identifying it as a NPS vehicle and it did not have major damage to its bumper and bed. After parking the Truck, the NPS employee left the keys to the Truck inside the vehicle.

11.     Sometime between 3:30PM on July 11, 2025, and 5:15AM on July 12, 2025, someone broke into the office at the Wolf Trap Maintenance Yard. At approximately 5:15AM on July 12, 2025, a NPS employee discovered damage to the top of a window leading into the office. After examining the office and damaged window, Identification Technician Vasilios Lagadinos captured several latent fingerprints from the damaged window.

12.     The NPS employee also noticed signs that an attempt was made to remove a vent from the side of the building, and that a lock to the gate leading to the maintenance yard was missing. The offices inside appeared to have been rummaged through. Damage to the office is estimated to cost approximately $824.80 to repair.

13.     A NPS employee also noticed that a radio was missing from the office. The radio is made by Motorola and bears model number H18QDH9PW7AN, serial number 320CLX1627.

14.     Although it was last seen inside the Wolf Trap Maintenance Yard, the Truck had a Virginia E-ZPass transponder. A review of the Virginia E-ZPass transponder records associated with the Truck revealed a transaction at Dulles Toll Road at 1:43AM on July 12, 2025. The account also showed transactions at approximately 9:00AM on July 12, 2025, as the Truck traveled through the Fort McHenry Tunnel in Baltimore, Maryland.

15.     On July 13, 2025, a NPS employee reported the Truck missing.

4

<u>CRENSHAW Found in Long Island, NY, in possession of the Truck</u>

16.    A review of License Plate Reader ("LPR") databases for the Truck's license plate number revealed that the Truck traveled through the state of New York. Between July 12, 2025, and July 14, 2025, LPRs captured the Truck traveling through New York.

17.    On July 14, 2025, CCTV footage captured the Truck entering the parking lot of a business called Planet Nugg, located 2043 Wellwood Avenue, Farmingdale, NY.  Below, figure 3 shows the Truck turning into the parking lot.



Figure 3



Figure 4

18.    Figure 4 above shows two persons exiting the Truck. The subject exiting the driver's seat of the Truck closely resembles CRENSHAW. The subject exiting the front passenger's seat is still unknown ("Subject 2").

19.    Footage captures both men entering Planet Nugg. In figure 5, CRENSHAW is identified under red arrow 1 wearing a green helmet and reflective vest. This green helmet and reflective vest are confirmed to belong to NPS and were stored inside the Truck.  NPS advised me

that the helmet is valued at approximately $15 and the reflective vest is valued at approximately $20.

20.    In the footage from inside Planet Nugg, CRENSHAW is observed making a transaction at approximately 1:18:45PM with a bank card. CRENSHAW and Subject 2 are then seen exiting the store. CRENSHAW reenters the driver's seat of the Truck and Subject 2 enters the front passenger seat. The Truck is then seen exiting the parking lot.



Figure 5

21.    On July 15, 2025, officers from the Suffolk County Police Department in New York responded to a report that a man was terrorizing a home. When officers arrived, they identified the suspect and detained him – that person was CRENSHAW. During a frisk for weapons, the keys of the Truck were recovered from CRENSHAW's pants pocket. The Truck was parked in front of the aforementioned home. When Suffolk County police officers conducted an electronic search of the Truck's registration, the search results showed that the Truck had been reported stolen. CRENSHAW was then arrested for possessing a stolen vehicle.

22.    I obtained consent from the Facility Manager of Wolf Trap to search the Truck. Facility Manager David Ammen advised that CRENSHAW did not have permission to take the Truck and was unaware of any staff members with the last name CRENSHAW.

23.    On July 22, 2025, USPP conducted a search of the Truck at the Suffolk County Police Impound lot. A total of seven receipts were recovered from the Truck. Three of the receipts are from the same Planet Nugg location where the images above were captured. The date on those receipts is July 14, 2025, the same date as the images above. Also, those three receipts have CRENSHAW's name listed on them.

24.    The fourth receipt found in the Truck was from an automated teller machine ("ATM") that is located at the same Planet Nugg location discussed above, and that receipt is also dated July 14, 2025. This receipt showed a withdrawal in the amount of $143.50 and showed a VISA debit card number with the last four digits listed as *0986.

25.    The fifth receipt, a receipt from "ISLAND JERK (Deer Park)," was also recovered from inside the Truck. ISLAND JERK (Deer Park) is located at 1350 Deer Park Avenue, North Babylon, NY 11703. This address is a 13-minute drive from Planet Nugg. The date and time on the receipt was listed as July 14, 2025, at 5:05:48 PM. The purchase was for a total of $5.18 and was made with a debit card with the last four digits of *0986.

26.    The sixth receipt, a receipt from "Liberty," was also recovered from inside the Truck. Liberty is located at 725 Wandach Avenue, W Babylon, NY 11704. This address is a 5-minute drive from ISLAND JERK (Deer Park). The date and time on the receipt was listed as July 14, 2025, at 5:17:11 PM. The purchase was for a total of $17.00 and was made with a debit card with the last four digits of *0986.

27.    The seventh receipt, a receipt from "M&A," was also recovered from inside the Truck. M&A is located at 1531 Straight Path, Wyandanch, NY 11798. This address is a 4-minute drive from Liberty. The purchase was for a total of $5.97 and was made with a VISA debit card with the last four digits of *0986.

28.     Documents provided by Teachers Federal Credit Union show a Membership Application for a "John Crenshaw" with a date of birth and a social security number that match CRENSHAW. The documents also included statements for July 2025 for CRENSHAW's checking account, which is associated with a debit card with the last four digits of *0986.

29.     Four of the transactions listed on CRENSHAW's July checking account statement with a posted date of July 14, 2025, match the descriptions and prices on the four receipts recovered in the Truck. They include an ATM withdrawal in Farmingdale, New York, for $143.50 (see paragraph 24 above); a point-of-sale machine ("POS") at "Island Jerk LLC North Babylon NYUS" for $5.18 (see paragraph 25 above); a POS at "Belmont Gasoline Inwest Babylon NYUS" for $17.00 (see paragraph 26 above); and a POS at "M&A Supermarket Wyandanch NYUS" for $5.97 (see paragraph 27 above).

The Truck's Damage

30.     As a NPS vehicle, the Truck had decals on it that identified it as a NPS vehicle. When the Truck was returned to Wolf Trap, the identifying decals were removed.

31.     Additionally, the Truck sustained damage to its bed and bumpers. Estimates to repair the damage to the Truck range between $3,600 to $4,087.

Fingerprint Analysis

32.     On October 29, 2025, Virginia's Department of Forensic Science ("DFS") reported on the results of their analysis of the fingerprints that Identification Technician Lagadinos captured from the damaged window of the office at the Wolf Trap Maintenance Yard. I asked DFS to compare those fingerprints to CRENSHAW's fingerprints and palm prints that were on file from CRENSHAW's prior arrest. DFS reported that one of the fingerprints captured from the damaged

window matches CRENSHAW's fingerprints. Of the other fingerprints I sent for analysis, DFS reported an inconclusive result.

## CONCLUSION

33.     Based on my training, my experience, and the facts above, there is probable cause to believe that CRENSHAW has committed violations of 18 U.S.C. § 641 (Theft of Government Property) and 18 U.S.C. § 1361 (Injury or Depredation of Government Property).

Respectfully Submitted,

Andrew Mugavero
Investigator, United States Park Police

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 on this 5th day of November 2025.

**Lindsey R Vaala**
Digitally signed by Lindsey R Vaala
Date: 2025.11.05 11:49:10 -05'00'

THE HONORABLE LINDSEY R. VAALA
UNITED STATES MAGISTRATE JUDGE

9